1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**
Sep 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
| THE PERSON OF MICHAEL GARCIA, DOB XX/XX/1988 | 2:20-SW-0812-CKD |
| THE PERSON OF NANCY DALILA ESCOBAR GARCIA, DOB XX/XX/1989 | 2:20-SW-0813-CKD |
| THE PERSON OF GONZALO RUIZ GARCIA, DOB XX/XX/1965 | 2:20-SW-0814-CKD |
| THE PERSON OF TYLOR JEFFERY COMBS, DOB XX/XX/1980 | 2:20-SW-0815-CKD |
| THE PERSON OF DALE ALAN DOUGLAS, JR, DOB XX/XX/1990 | 2:20-SW-0816-CKD |
| THE PERSON OF KING JAMES BERBERAN MIRANDA, DOB XX/XX/1988 | 2:20-SW-0817-CKD |
| 1 TRISTAN CIRCLE, SACRAMENTO, CA 95823 | 2:20-SW-0818-CKD |
| 4325 SAN JUAN AVENUE, FAIR OAKS, CA 95628 | 2:20-SW-0819-CKD |
| 3650 TALLYHO DRIVE, APT 16, SACRAMENTO, CA 95826 | 2:20-SW-0820-CKD |

### ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

[Proposed] Order to Unseal Search Warrants

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 9/18/2020

*/s/ Carolyn K. Delaney*
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS